GODOSKY & GENTILE, P.C.
Attorneys for Plaintiff, EDITH D. BAGGALEY
61 Broadway, 20th Street
New York, New York 10006
(212) 742-9700

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06 CV 3367<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| EDITH D. BAGGALEY,<br><br>             Plaintiff,<br><br>vs.<br><br>PFIZER INC., et al.<br><br>             Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, EDITH D. BAGGALEY, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: November 4, 2009

DATED: Nov. 10, 2009

GODOSKY & GENTILE, P.C.

By: _____
    Robert E. Godosky
Attorneys for Plaintiff, EDITH D. BAGGALEY
DLA PIPER LLP(US)

By: _____
    Matt Holian
Attorneys for Defendants

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: June 29, 2010

_____
Hon. Charles R. Breyer
United States District Court



IT IS SO ORDERED
Judge Charles R. Breyer